Approved by: __Thomas J. Baroni__
             THOMAS BARONI
             Special Assistant United States Attorney

Before:   HONORABLE KIM P. BERG
          United States Magistrate Judge
          Southern District of New York           22 MJ 9215

- - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA              :    MISDEMEANOR
                                           COMPLAINT
                                      :
          -v-                              Violation of
                                      :    18 U.S.C. 641
     TYEASIA L. JENKINS               :

                                      :    COUNTY OF OFFENSE:
          Defendant                        DUTCHESS
                                      :
- - - - - - - - - - - - - - - - - - - -x

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK, ss.:

ANTHONY LUCIANO, being duly sworn, deposes and says that he is a Police Officer, assigned to the Department of Veterans Affairs Police Service, Castle Point Veterans Administration Hospital, Wappingers Falls, New York, which is located in the Southern District of New York, and charges as follows:

COUNT ONE

Between on or about May 23, 2022 and on or about September 21, 2022, at the Castle Point Veterans Administration Hospital, Wappingers Falls, New York, within the special maritime and territorial jurisdiction of the United States, in the Southern District of New York, TYEASIA L. JENKINS, the defendant, unlawfully, knowingly and willfully stole government property to wit: conducted fraudulent refunds on computerized registers taking cash and merchandise.

(Title 18, United States Code, Section 641)

The bases for the deponent's knowledge and for the foregoing charges are, in part, as follows:

1. I am a Police Officer, assigned to the Department of Veterans Affairs Police Service, Castle Point Veterans Administration Hospital, Wappingers Falls, New York, which is located in the Southern District of New York.

2. On August 2, 2022, at approximately 1:00 p.m., VA Police Service was contacted by the Chief of VA Canteen Services, Nancy Russell, who indicated that she believed there were fraudulent returns being made at one of the registers at the Canteen on property.

3. On August 4, 2022, Inv Luciano contacted Loss Prevention Specialist, Christopher Helton. Mr. Helton provided supporting document from their system showing all transactions between May 23, 2022 and July 28, 2022. The transactions were later aligned with video surveillance which identified that fraudulent refund transactions were being conducted by the defendant. The defendant would conduct a price check of an item then would conduct a refund. From May 23, 2022 til July 28, 2022 there were 22 transactions for a total amount of $1793.72.

4. While reviewing video surveillance of all the suspected transactions, Inv Lucian noted on August 5, 2022 at approximately 7:53 a.m., while the defendant and Ms. Russell were opening for the day, Ms. Russell exited the store front and the defendant, picked up a red in color crew neck t-shirt from a clearance rack across from the registers. The defendant then exited the main shop and enter the office area used by herself and Ms. Russell. A short time later she is observed wearing the red in color t-shirt with the word "ADIDAS" printed on the front side of the shirt as she enters the rear office. The defendant is then observed placing her original shirt she wore to work into a hand bag which was hanging on the rear office door.

5. On August 26, 2022, Ms. Russell informed Inv Luciano via email, that at 3:42 p.m., the defendant performed a sale transaction in the amount of $87.07 as a cash sale for 13 items which 2 were cancelled. No customer was present at that time. At 1624, the defendant then returned to the register and performed a refund for the total amount of $87.07. The store was closed for the day and no customer was present. The defendant later performed the same sale transaction under a patron coupon.

6. On September 21, 2022, at approximately 10:05 a.m., the defendant was present at Police Operations and was advised of the investigation. She was advised of her rights and she signed waiver card indicating she understood her rights and would answer questions. When asked about making refunds with no customer present and taking cash, the defendant indicated she did nothing wrong and that she was allowed to conduct refunds. The defendant further stated the refunds were conducted for patients on ward who use patriot coupons to make purchases. The defendant stated she conducts refunds later and does not require a customer to be present. The defendant was then asked about the procedure for retaining the original purchase receipt, refund voucher and refund receipt to be completed and maintained. The defendant stated they are in a file cabinet next to the safe. The defendant was advised that she was being charged and processed for theft of government property and was processed.

7. Defendant was issued a United States District Court Violation Notice for Theft of Government Property (DCVN Number 9044534/SY53) and released.

**WHEREFORE**, deponent prays that the above-named defendant be imprisoned or bailed, as the case may be.

_____
ANTHONY LUCIANO
VA Police Service

Sworn to before me this
16th day of November, 2022

_____
HONORABLE KIM P. BERG
United States Magistrate Judge
Southern District of New York