UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

UNITED STATES OF AMERICA,

22-MJ-9215(KPB)

-v-

**ORDER TO PAY RESTITITION**

TYEASIA JENKINS

Defendant.

---------------------------------------------------------x

KIM P. BERG, United States Magistrate Judge:

The issues in the above-entitled action having been brought before the Honorable Kim P. Berg, United States Magistrate Judge,

IT IS HEREBY ORDERED that the Defendant pay restitution in the amount of $1,880.79 to the Veterans Administration by Certified Check or Money Order by June 2, 2023.

Dated: Poughkeepsie, New York
January 20, 2023

SO ORDERED

_____
HON. KIM P. BERG
UNITED STATES MAGISTRATE JUDGE