# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

**David E. Patton**
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

July 17, 2023

The Honorable Kim P. Berg
United States Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Application granted. The status conference is adjourned to October 6, 2023 at 9:00 am.

So Ordered,

/s/ Kim P. Berg, USMJ
Dated: 7/19/203

Re: **United States v. Tyeasia L. Jenkins**
    **22 MJ 9215 (KPB)**

Dear Honorable Berg:

    I am writing on behalf of Tyeasia Jenkins to ask that the conference that is scheduled for July 21, 2023 be adjourned to October 6, 2023. I am requesting this adjournment because Ms. Jenkins has been a victim of domestic violence and, as such, Ms. Jenkins has been unable to come up with the complete restitution that is owed in this case. As Your Honor probably recalls, Ms. Jenkins did make a significant payment on June 2, 2023, but she will need additional time to save the additional money that is required because, due to the aforementioned domestic violence described, Ms. Jenkins needed to find a new home. Federal Defenders plans to be in Poughkeepsie on October 6, 2023, so under these circumstances I request that Ms. Jenkins's case be adjourned to that date.

    Thank you for your consideration.

Sincerely,

/s/

Benjamin Gold
Assistant Federal Defender

cc:   Hamzah Khan, CPT, JA