UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

UNITED STATES OF AMERICA,

    - against -

JENKINS, TYEASIA L.

                      Defendant.
-------------------------------------------------------

VIOLATION # 22MAG9215

**ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Kim P. Berg,
United States Magistrate Judge

Dated: 19 day of January, 2024.
Poughkeepsie, New York